**DISMISS and Opinion Filed March 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01172-CV

### ANTOINETTE WIGENTON, Appellant
### V.
### THE HOUSING AUTHORITY OF THE CITY OF DALLAS, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02693-A**

## MEMORANDUM OPINION
Before Justices Bridges, O'Neill, and Brown
Opinion by Justice Bridges

In a letter dated January 27, 2014, the Court questioned its jurisdiction over this appeal from a forcible detainer action. The trial court's judgment awarded only possession of the property to appellee. We requested that appellant file a letter brief by February 10, 2014 addressing our jurisdictional concern. As of today's date, appellant has not filed jurisdictional brief.

A case becomes moot if, at any stage during the proceedings, a controversy ceases to exist between the parties. *See Williams v. Lara* 52 S.W.3d 171, 184 (Tex. 2001). The purpose of a forcible detainer action is to obtain immediate possession of property. *See Scott v. Hewitt*, 127 Tex. 31, 35, 90 S.W.2d 816, 818-19 (1936). A judgment of possession in a forcible detainer action determines the right to immediate possession and is not intended to be a final

determination of whether eviction is wrongful. *See Marshall v. Housing Auth. of the City of San Antonio*, 198 S.W.3d 782, 787 (Tex. 2006).

A writ of possession was executed and the return was filed with the trial court on October 3, 2013. Appellee is now in possession of the property and there is nothing to be determined on appeal. Accordingly, this appeal is now moot.

We dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/David L. Bridges/

131172F.P05

DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ANTOINETTE WIGENTON, Appellant

No. 05-13-01172-CV      V.

THE HOUSING AUTHORITY OF THE
CITY OF DALLAS, Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas.
Trial Court Cause No. CC-13-02693-A.
Opinion delivered by Justice Bridges.
Justices O'Neill and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, THE HOUSING AUTHORITY OF THE CITY OF DALLAS, recover its costs of this appeal from appellant, ANTOINETTE WIGENTON.

Judgment entered March 17, 2014

/David L. Bridges/

DAVID L. BRIDGES
JUSTICE